EXHIBIT "A"

01/13/


# PINNACLE FINANCIAL GROUP, INC.
7825 Washington Avenue South • Suite 310 • Minneapolis, MN 55439

```
#BWNDLHV
#JQV6S3/1#
CRYSTAL A CARTER                            ACCOUNT NUMBER: 
2105  EDINBORO AV
LYNCHBURG, VA 24502
```


SETTLEMENT NOTICE

| Creditor | Account # | Amt Owed |
|---|---|---|
| SPIRIT OF AMERICA-FASHION | | 1034.39 |



This letter is to confirm your settlement of the above referenced account for $518.00 This payment must be received in our office by date below as we agreed. Upon receipt of this amount, your account will be Settled in Full

YOUR PAYMENTS MUST BE RECEIVED AS AGREED:

　　　$518.00     DUE 01/29/2010

This letter and your cancelled check or other receipt will serve as your proof of payment.

If you have any questions please call me at 1-877-796-2554. Thank you in advance for your desire to resolve this matter.
We are not obligated to renew this offer.

SINCERELY,

DANA JOHNSON            1-877-796-2554
COLLECTIONS

244/se

THIS LETTER IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

**THIS DOCUMENT HAS A BLUE BACKGROUND ON THE FACE AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW**

Persels & Associates, LLC
Client Funds Account
P.O. Box 729
Columbia MD 21045-0729

190275

56-7063/2213

JQV653

| | | Date | Net Amount USD |
|---|---|---|---|

Pay Exactly — Five Hundred Eighteen and 00/100 Dollars — 01/19/2010 — ****$518.00

Void After 90 Days

To The Order Of:
Pinnacle Financial Group
7825 Washington Avenue South
Suite 310
Minneapolis MN 55439

M&T Bank
Baltimore, MD

Crystal Carter

Authorized Signature