# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

_____

**CRYSTAL CARTER**                )
                                  )          **Case Number: 6:10-cv-00041-nkm**
          **Plaintiff**           )
                                  )
          **vs.**                 )
                                  )
**PORTFOLIO RECOVERY**            )
**ASSOCIATES, LLC**               )
                                  )
          **Defendant**           )
_____)

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, CRYSTAL CARTER, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Brent F. Vullings
     Brent F. Vullings, Esquire
     Attorney for Plaintiff
     Warren & Vullings, LLP
     1603 Rhawn Street
     Philadelphia, PA 19111
     215-745-9800